FILED
CHARLOTTE, NC

MAR 27 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:25-cr-69-FDW |
| ) | |
| ) | **BILL OF INFORMATION** |
| v. ) | |
| ) | Violations: |
| ) | |
| ) | 18 U.S.C. § 2252A(a)(5)(B) |
| DANIEL JOSEPH BROADWAY ) | 18 U.S.C. § 1466A(a)(5)(B) |
| ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
(Possession and Access with Intent to View Child Pornography
Involving Prepubescent Minors)

On or about December 12, 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DANIEL JOSEPH BROADWAY,**

did knowingly possess, and access with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) & (b)(2).

### COUNT TWO
(Obscene Visual Representations of the Sexual Abuse of Children)

On or about December 12, 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DANIEL JOSEPH BROADWAY,**

did knowingly possess a visual depiction of any kind that depicts a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct and that is obscene, and which has been shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, and that have

been shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 1466A(b)(1) and (d)(4).

## NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of information;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

There is probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

i. Item 6: 3TB Western Digital My Book External Hard Drive;
ii. Item 7: 3TB Seagate External Hard Drive;
iii. Item 8: Silver Dell Latitude D830 (120GB Western Digital Hard Drive);
iv. Item 10: Gray HP Desktop (1TB SSD);
v. Item 16: Western Digital Elements External Hard Drive;
vi. Item 17: Apple iPhone 11;
vii. Item 18: Black Minix Mini Computer (2 SD cards);
viii. Item 19: Black Minix Mini Computer; and
ix. Item 21: Alienware Desktop (256GB SSD).

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY