Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET        U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**  ◯ YES  ◉ NO       **DOCKET NUMBER:** 3:25-CR-69-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs DANIEL JOSEPH BROADWAY

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : SUMMONS

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ◉ Felony

18 U.S.C. § 2252A(a)(5)(B) and 18 U.S.C. § 1466A(a)(5)(B)

**JUVENILE:**  ◯ Yes  ◉ No

**ASSISTANT U. S. ATTORNEY** : DANIEL CERVANTES

**VICTIM/WITNESS COORDINATORS:** Rutledge, Shirley

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )