# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. DANIEL JOSEPH BROADWAY

Case Number: 3:25-CR- 69-FDW

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | None | No minimum and a maximum of 20 years, but if a prior qualifying conviction, mandatory minimum of 10 years and a maximum of 20 years; a maximum $250,000 fine; special assessments: $5,000.00 pursuant to 18 U.S.C. §3014; up to $17,0000 pursuant to 18 U.S.C. §2259A(a)(1); supervised release – man. min 5 years up to lifetime |
| 2 | 18 U.S.C. § 1466A(b)(1) and (d)(4) | None | No minimum and a maximum of 20 years, but if a prior qualifying conviction, mandatory minimum of 10 years and a maximum of 20 years; a maximum $250,000 fine; supervised release up to 3 years |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?     ☐ YES     ☐ NO

*For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?     ☐ YES     ☐ NO

*For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?     ☐ YES     ☐ NO

*18 U.S.C. 924(C) ONLY

                         IF YES     ☐ BRANDISH

                                        ☐ DISCHARGE